Certificate Number: 05781-NJ-DE-030825275

Bankruptcy Case Number: 18-10892



05781-NJ-DE-030825275

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 4, 2018</u>, at <u>11:21</u> o'clock <u>AM PDT</u>, <u>Carmen Baca</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>April 4, 2018</u>                By:    <u>/s/Allison M Geving</u>

                                          Name:  <u>Allison M Geving</u>

                                          Title: <u>President</u>